United States District Court
Southern District of Texas
**ENTERED**
October 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRY CURTIS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-2147 |
| BUCKEYE PARTNERS, L.P., *et al*, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed August 9, 2019, (Doc # 5), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

It is so ORDERED. 10/03/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge